**Opinion issued March 3, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

### NO. 01-16-00052-CV

———————————

## IN RE DAVID SCHIED, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Proceeding *pro se*, relator, David Schied, has filed a "Mandamus for Bond Surrender; for Victims' Relief under 18 U.S.C. § 3771 and 81 U.S.C. § 4; and for Other Declaratory Relief," which has been filed as a petition for a writ of mandamus.[1] *See* TEX. R. APP. P. 52.

---

[1]  The underlying proceeding is *In the Estate of Michael Edward Schied, Deceased*, Case No. 434875, in the Probate Court No. 1 of Harris County, Texas, the Honorable Loyd Wright presiding.

We deny the petition.

**PER CURIAM**


Panel consists of Justices Bland, Brown, and Lloyd.